CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 13 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

1 OF 21

722cv00304

I ARRIVED TO RED
ONION ON 8/2/11 & I'VE
BEEN AT RED ONION IN
TOTAL 10 yrs 10 mo-s &
DAYS. I'M AN MENTAL
HEALTH INMATE & CHRONIC
CARE & M H DISORDERS.
WHILE AT RED ONION I'VE
HAD AN NO. OF ISSUES
&INCS OF STAFF ABUSE
& ASSAULTS ON ME &
I'VE A NO OF TIMES
BEEN DENIED M-H & MED
CARE & A FAIR CHANCE
TO PROGRESS THROUGH
RED ONIONS STEP DOWN
PROGRAM HAVING RECEI-
VED AN NO. OF FABRI-
CATED INFs THAT HAVE
SET ME BACK & KEPT
ME FROM ADVANCING.

2 OF 21

MY MH SYMPTOMS THAT
WERE + STILL ARE UNTRE-
ATED HAVE GOTTEN ME IN
TROUBLE + IN SITUATIONS
WHERE I'VE GOTTEN
CHARGES + LOST MY
PRIVELEDGES, MONEY,
PHONE, GOOD TIME, ETC,
+ HAVE SET ME BACK +
KEPT ME IN SEG.

MY ASTHMA +
HSV 1, HERPES VIRUS
WHILE AT RED ONION
WENT UNTREATED FOR
YRS +I DIDN'T GET MEDS
FOR MY HSV UNTIL 3/28/18.
I'VE BEEN ASSAULTED
BY OFCS ON 4 OCCASS-
IONS ON 2/1/19, 4/5/19,
9/9/21 +12/10/21 + ON
7/17/20 2 2/05 LET ½
OR HAD AN INMATE
ASSAULT +,BATTER +
INJURE ME IN OUR SEG.
POD 2-5. STAFF NEVER

3 OF 21

ASKED HOW I WAS DOING
OK IF I WAS OKAY AFTER-
WARDS & I WAS HARRASED
& THREATENED BY STAFF AS
IF I WAS THE ATTACKER.
I'M AN BROWN SKIN MALE
& MY ATTACKER & AN WHITE
SKINNED MALE. I WAS
DENIED MH CARE AFTER
THE ATTACK & ASSAULT.
      I'M BEEN IN C BLDG.
SEG. SINCE SEPT 2014
WHERE I'M CURRENTLY
HOUSED & AM WAITING
TO SEE IF I'M EVEN
GOING TO LEAVE C-4
POD, SM2 & SL6. FABRI-
CATED CHANGES HAVE
KEPT ME IN C-4 AN
ADDITIONAL 5 MO.'S &
COUNTING. I WAS
ONLY ALLOWED TO GET
FROM SMO - SM1 - SM2
BECAUSE AN PRISONER
GOT INVOLVED & PRIOR

4 OF 21

TO THEIR INVOLVEMENT I
WAS DENIED SMI DESPITE
NOT HAVING ANY CHANGES
FOR MY 90 DAY REVIEW
PERIOD. THE INCS I HAD
WITH STAFF, SOME OF
THEM, LED ME TO FILE
17 CIVIL SUITS IN USDC&
10 OF THEM PENDING,
2 ARE SET FOR TRIAL
& THE OTHERS ARE
PENDING RULING ON
SUM. JDGMT. THEY
WERE FILED IN 2020
IVE EVIDENCE THAT AN
RED ONION R10 CAUSED
ME TO BE INFECTED
WITH H PYLORI & AN
PRACTITIONER WAITED
7 MO.S TO TELL ME I'D
H PYLORI.
        ON 5/3/21, STAFF
RECOMMENDED ME FOR
OUT OF STATE TRANS-
FER STATING THAT I'D

5 OF 21

AN HISTORY OF POOR ADJUST-
MENT & NEEDED AN FRESH
START & NEW ENVIRONMENT
& THAT I COULD BENIFIT
FROM THIS & TRANSFER
WAS APPROVED BY ICA ON
5/5/21. UNIT MANAGER
LARRY COLLINS, AST.
WARDEN SHANNON FULLER,
WARDEN RICK WHITE &
INTERSTATE COMPACT
TRANSFER COORDINATOR
TOLD ME AT MY CELL
THAT I'D BE TRANSFER-
RING SOON & MAYBE
BY MID AUG-21. IN
MID AUG 21, I SPOKE
TO AST. AG LAURA
MAUGHN ABOUT THE
TRANSFER & SHE TOLD
ME THE TRANSFER
WAS CONDITIONED ON
ME DROPPING ALL OF
MY CASES & ON 1/4/22
AST AG ANNE MORRIS,

6 OF 21

ANNE WHITE & MEAGON
OBRIEN STATED THE SAME
OVER THE PHONE & TOLD ME
MARYLAND DOC HAD ACCEP-
TED ME. I'VE FAMILY IN
MARYLAND, DC & HAMPTON
RDS VA & I MADE VDOC,
THE WARDEN, AST. WAR-
DEN & THE AGS AWARE
OF THIS. VDOC & RED ONION
STAFF BULKED ON THE
TRANSFER BECAUSE I
DIDN'T DROP MY SUITS &
DESPITE MY CONTINUED
ABUSE BY STAFF & 4 INCS
AFTER MY TALK WITH
THE AGS THAT HAVE
LANDED IN YOUR CT. I
KNOW THAT THE LONGER
I'M AT RED ONION, THE
MORE THE INCS OF
ABUSE WILL OCCUR &
THE MORE LAWSUITS
WILL BE FILED IN YOUR
CT. BY ME. I THOUGHT

7 OF 21

VDOC & STAFFS FOCUS
SHOULD BE TO PREVENT
LAWSUITS & NOT CREATE
THEM. UNFORTUNANTLY,
LAWSUITS DON'T DETER
STAFFS ACTIONS OR BEHAV-
IOR NOR DOES GRIEVAN-
CES. IN MY GRIEVANCE
RESPONSE RE. TO THE
TRANSFER, STAFF STATED
I HAVEN'T BEEN TRANS-
FERED BECAUSE OF MY
CIVIL CASES. STAFF WERE
AWARE OF MY LITAGATION
WELL IN ADVANCE OF MY
BEING APPROVED FOR
THE TRANSFER. IF THE
CIVIL CASES HAD AN
EFFECT ON THE TRANS-
FER, WHY WAS I PUT
IN FOR IT & WAS THE
TRANSFER JUST A
WAY FOR THE AG, VDOC
& PRISON STAFF, MY
DEFENDANTS TO

8 OF 21

LEVERAGE & BULLY ME
INTO DROPPING MY SUITS
THAT I PAID MONEY &
WORKED HARD TO FILE.
THEY TRIED TAKING
ADVANTAGE OF ME. I
OBTAINED & SUFFERED
MENTAL, EMOTIONAL,
PHYSICAL & PSYCHOLOGICAL
HARM & INJURY FROM
INCS IN MY CASES.
    TRANSPORTATION ISN'T
AN ISSUE & REASON TO
LEAVE ME IN AN UNSAFE
ENVIRONMENT & EVERY
STATE DOC & PRISON HAS
TRANSPORTATION & I CAN
GET ME TO IT IF NECESS-
ARY & I CAN STAY IN AN
LOCAL JAIL & SOME OF
MY CASES MAY GET
RESOLVED WITHOUT ME
HAVING TO APPEAR IN IT.
CASES TAKE YRS. TO
GET RESOLVED & IS

9 OF 21

TRANSPORTATION OR ANY
NON SECURITY REASON,
PENDING CASES GOOD
REASON TO LEAVE ME
IN AN UNSAFE SITUA-
TION & ENVIRONMENT,
POTENTIALLY DANGEROUS
& HARMFUL ENVIRONMENT
& NOT GIVE ME THE
FRESH START & NEW
ENVIRONMENT STAFF &
VDOC SAID IT FELT I
NEEDED & WOULD BENEFIT
FROM. THEIR ACTIONS
HAVE CONTRADICTED
THEIR REASONS FOR THE
TRANSFER. FULLER
ASKED ME IN APR. 21 IF
I THOUGHT THE TRANS-
FER WOULD BE AN ISSUE
FOR MY LITAGATION & I
SAID NO. THEN ABOUT
2 WEEKS AFTER SPEAK-
ING TO AG MAUGHN
IN MID AUG WHILE

10 OF 21

DEFENDANT & UNIT MANA-
GER L. COLLINS & LT. D.
BARTON WERE PRESENT
IN COLLINS OFCE., I ASKED
FULLER ABOUT THE TRAN-
SFER & HE SAID WHAT
TRANSFER, YOU GOT ALL
OF THESE LAWSUITS, YOU'RE
NOT LEAVING NOW. MONTHS
LATER, HE & COLLINS TOLD
ME I WAS LEAVING SOON.
ON 11/5/21 THROUGH
COUNSELOR K KEGLEY,
FULLER HAD ME SIGN
A FORM STATING I WANT
TO TRANSFER OUT OF
STATE & I UNDERSTAND
THIS MAY EFFECT MY
ABILITY TO LITAGATE MY
CASES HOWEVER I STILL
WANT TO TRANSFER. I
TOOK THIS FORM AS A
WAIVER OF LIABITY &
FULLER SAID THAT IT
WAS & SAID I'M LEAV-

11 OF 21

ING SOON & AM GOING TO
A FACILITY I WANTED TO
GO TO. ON 3/28/22 AT MY
CELL, WITH COLLINS HE
SAID TO ME, " I THOUGHT
YOU WANTED TO GO TO
MARYLAND", AS IF SOME-
ONE THOUGHT I DIDN'T
WANT TO GO TO MARY-
LAND. I TOLD WHITE,
FULLER, MORRIS, WHITE
& O'BRIEN & WHITE &
CASE THAT I WANTED
TO GO TO MARYLAND.
MY 3/28 TALK WITH
FULLER CAME ABOUT
A WK. AFTER TALKING
TO AGS MORRIS, WHITE
& O'BRIEN. WHEN I ASKED
FULLER ON 3/28 DID
SOMEONE THINK I DIDNT
WANT TO GO TO MARY-
LAND & HE LOOKED AT
ME & DIDN'T RESPOND.
THE C/O WHO

12 OF 21

INFECTED ME WITH H
PYLORI WAS AN DEFEN-
DANT IN CV96 + WORDS
BETWEEN HE +I OVER
THE CASE CAUSED HIM TO
INFECT ME WITH H
PYLORI. THE ASSAULTS
THAT OCCURRED ON 9/9
+ 12/10/21 AFTER SPEAK-
ING TO THE AG ABOUT
THE TRANSFER INVOLVED
DEFENDANTS L. COLLINS
+ SGT B. TAYLOR, CV96,
81, 742, 449, 178, 559 +
448. I'VE GOTTEN CONT.
RETALIATION FROM MY
DEFENDANTS. COLLINS
WONT INTERVENE WHEN
OFCS IN HIS BLDG. / C.
BLDG VIOLATE ME, TAYLOR
WON'T SIGN MY MONEY
W/DRAWEL FORMS SO
I CAN SEND MY MAIL
TO THE USDC. STAFF
ARE ALLOWING MY CIVIL

13 OF 21

RIGHTS TO BE VIOLATED &
NO ONE IN RED ONION IS ON
MY SIDE.

I'M CLAIMING CIVIL
& CONSTITUTIONAL RIGHTS
VIOLATION, CONSPIRACY TO
GET ME TO DROP MY LITAGA-
TION THROUGH MANIPULA-
TION & INTIMIDATION & 8TH
& 1ST AMENDMENT VIOLATIONS.

DEFENDANTS - RED ONION
WARDEN RICK WHITE,
 A ST. WARDEN SHANNON
FULLER, VDOC DIRECTOR
HAROLD CLARK, AST AGS
M. OBRIEN, A. WHITE,
A MORRIS & L. MAUGHN

CLAIMS
WHITE, FULLER & CLARK
ARE IN VIOLATION OF MY
8TH AMENDMENT RIGHTS
BY BEING DELIBERATELY

14 OF 21

INDIFFERENT TO MY SAFETY
+ INJURY I'VE OBTAINED FROM
THE INCS IN MY 10 CASES
IN WSDC + THE POTENTIAL
RISK OF FUTURE HARM
+ RETALIATION + BY PUTTING
ME AT RISK OF POTENTIAL
HARM BY LEAVING ME
IN THE SAME UNSAFE
ENVIRONMENT AROUND
THE SAME STAFF WHO'RE
DEFENDANTS IN MY CASES
WITH THE NO. OF SUITS
I'VE FILED + NO OF DEFEN-
DANTS, YOU MUST ASSUME
RETALIATION WILL COME.
        FULLER, WHITE,
OBRIEN, MORRIS, A
WHITE HAVE CONSPIRED
TO GET ME TO DROP MY
LITAGATION THROUGH
INTIMIDATION + FULLER
+ WHITE/R., THROUGH
MANIPULATION +
FULLER, A. WHITE,

15 OF 21

A. MORRIS, M. OBRIEN,
L. MAUGHN & K. WHITE
HAVE DELAYED MY TRANS-
FER IN RETALIATION OF
ME DENYING THEIR
REQUEST TO DROP MY
LITAGATION VIOLATING
MY 1ST AMENDMENT
RIGHTS & DUE PROCESS RIGHTS
        MAUGHN, A. WHITE,
A MORRIS, FULLER &
OBRIEN TOLD ME THAT
THE CT. DOESN'T LIKE FOR
LITAGANTS TO BE TRANS-
FERRED DURING LITAGA-
TION. IS THAT AT THE
EXPENSE OF THE LITAGANTS
SAFETY? I'M SURE THE
ST & AGS OFCE. & VDOC
WOULD PREFER AN
SIMPLE TRANSFER,
THAT WOULDN'T INCONV-
ENIENCE ANYONE &
WOULD RESOLVE THE
PROBLEM BETWEEN 1 &

16 OF 21

STAFF THAN TO HAVE MORE
LAWSUITS FILED, MAYBE
SEVERAL MORE. I'M NOT
SAFE AT RED ONION & NO
DOC, PRISON & STAFF HAS
A RIGHT TO ABUSE AN
INMATE, MENTALLY, PHYSI-
CALLY, EMOTIONALLY &
PSYCHOLOGICALLY CONTINU-
OUSLY & INDEFINANTLY & (I)
NOT PROVIDE RELIEF & THE
CT. IS BOUND TO REMOVE
(INMATE)
ANNN DANGER. HOW
MANY SUITS NEED
TO BE FILED FOR THE
CT. TO SAY THERE'S A
PROBLEM. MONETARY
DAMAGES WON'T FIX
THINGS.

        I'M SUEING EACH
DEFENDANT IN THEIR
INDIVIDUAL & OFFICIAL
CAPACITIES & I SEEK
COST, PUNATIVE &

17 OF 21

COMPENSATORY DAMAGES
& INJUNCTIVE RELIEF IN
THE FORM OF IMMEDIATE
TRANSFER FROM RED ONION,
& IF NOT OUT OF STATE
THEN TO A FACILITY IN
STATE TO SUSSEX2 OR
FACILITY NOT WALLENS
RIDGE. MY DEPRESSION,
ANXIETY & DEPRESSION
INCREASED WAITING
OVER A YR FOR A
TRANSFER THAT SEEMS
WON'T OCCUR SOON & MY
HOPE DECREASED. IT DOE-
SNT HELP THAT FULLER
& CLARK ARE DEFENDANTS
IN MY CASES & A WHITE,
OBRIEN & MORRIS ARE
REPRESENTING THEM &
OTHER DEFENDANTS IN
10 CASES. RED ONION
STAFF HAVE NOT BEEN
SENDING MY EMAILS
OUT, LOCKING MY

18 OF 21

TABLET & NOT ALLOWING
ME TO SYNC MY PLAYER
& USE THE MUSIC TO UNLOCK
IT IN RETALIATION FOR
ME SENDING & TRYING TO
SEND EMAILS TO A PRISO-
NER GROUP RE. TO STAFF
ABUSING ME & ME SEEKING
HELP & STAFF HAVE BEEN
TAMPERING WITH MY
LEGAL & PERSONAL MAIL
& REJECTING 90% OF MY
RECENT GRIEVANCES. I'VE
BEEN PUT ON GRIEVANCE
LIMITATION 5X SINCE
2019, 2X IN 2019 & 3X IN
2020. I'M A TARGET
BECAUSE OF THE CASES
& A NO OF STAFF NOT
INVOLVED IN THEM HAVE
LET ME KNOW THAT
THEY'RE AWARE OF
THEM & MY DEFENDANTS
ARE TELLING OTHER
STAFF ABOUT THEM.

19 OF 21

STAFF BECOME AWAKE
WHEN THEY SHOW ME
VIDEO FOR MY CASES.
A NIGHTSHIFT C/O ASKED
ME WAS I GOING TO
SUE HIM BECAUSE I
ASKED HIM A QUESTION
LAST APR. I LOST 85 LBS. IN
2 MOS IN SEG. FOR LACK
OF FOOD + WAS DENIED
MENTAL HEALTH CARE +
A VISIT WITH THE DR +
PSYCHIATRIST FOR 2 YRS
WHILE MY MH DETERIORA-
TED. VDOC IGNORED DR +
PSYCHOLOGIST DAVID KEEDS
RECOMMENDATION TO
REMOVE ME FROM SEG.
+ PUT ME IN AN LESS
RESTRICTIVE UNIT IN
2020, AN DR THEY HIRED
TO INTERVIEW IN 2020,
JUNE, SEE CV 447, TRENT,
KISER ET AL. MY COUNS-
ELOR K. KEGLEY REFUSES

20 OF 21

TO COPY CERTAIN DOCS. FOR
MY CASES & I'VE HAD TO
GET COUNSELORS FROM
OTHER BLDGS. TO MAILE MY
COPIES & HER SUPERVISOR
L. COLLINS ALLOWS THIS,
ICEGLEY, CV 562. DEFEN-
DANTS B. TAYLOR, SGT &
L COLLINS ALLOW THEIR
OFCS. TO DENY ME REC.&
SHOWER, KIOSIC & PHONE
& BECAUSE OF MY CASES
STAFF HAVE LABLED ME
A SNITCH & TELL INMATES
NOT TO TALK TO ME. STAFF
HAVE TOLD INMATES TO
DO BODILY HARM TO ME
& MY UNIT MANAGER L.
COLLINS TOLD INMATES TO
MAILE FALSE STMTS. ON
ME ACCORDING TO THOSE
INMATES & AN AFF FROM
ONE OF THEM.
            I'VE EXHAUSTED
MY REMEDIES & I STATE

21 OF 21

UNDER PENALTY OF PER-
JURY THAT WHAT I STATE
IS TRUE. I'M ALSO PLAINTIFF
IN THORPE V VDOC

Steve Riddick

STEVE KIDDIZIL 1196988 L4Z1

KED ONION STATE PRISON

BOX 1900

POUND VA 24279 $1.76

3.762   6/8

VA DEPTARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE THE DEPARTMENT DO
NOT ASSUME ANY RESPONSIBILITY
FOR IT'S CONTENTS

MAILROOM

**US POSTAGE** PITNEY BOWES

ZIP 24279   $ 001.76
02 4W
0000366944 JUN. 09. 2022

JUDGE ZULLEN, USDC

210 FRANKLIN KD, KM 540

ROANOKE VA 24011